FILED

10/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0731
_____

TCF ENTERPRISES, INC., d/b/a MALMQUIST
CONTRUCTION,

      Plaintiff and Appellee,

  v.                                      O R D E R

RAMES, INC. formerly d/b/a CENTRAL
INSURANCE AGENCY,

      Defendant and Appellant,
_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

                              For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 18 2023